CASES DISPOSED OF WITHOUT WRITTEN OPINION.

STATE *v.* H. T. MARTIN, appellant.  From Rockingham. *Attorney-General* for State; *C. O. McMichael* for defendant. No error.

WINSTON CIGARETTE MACHINE Co., appellant, *v.* WELLS-WHITEHEAD TOBACCO Co.  From Forsyth.  *Manly & Hendren* and *Watson, Buxton & Watson* for plaintiff; *F. A. Woodard, Connor & Connor* and *Lindsay Patterson* for defendant.  Affirmed.

J. P. JONES, appellant, *v.* REYNOLDS TOBACCO Co.  From Forsyth.  *Lindsay Patterson* and *J. S. Grogan* for plaintiff; *Watson, Buxton & Watson* and *Manly & Hendren* for defendant.  Affirmed.

ORMOND MINING Co., appellant, *v.* BESSEMER CITY COTTON MILLS.  From Gaston.  *Winston & Bryant, O. F. Mason* and *Burwell & Cansler* for plaintiff; *Tillett & Guthrie* for defendant.  Affirmed.

P. C. HARTY *v.* JAMES HARTY, appellant.  From Mecklenburg.  *Pharr & Bell* for plaintiff; *Burwell & Cansler* and *R. J. Hutchison* for defendant.  Affirmed.

F. B. MCKINNIE *v.* R. L. MCCONNAUGHEY, appellant. From Cabarrus.  *Adams, Jerome, Armfield & Maness* and *L. T. Hartsett* for plaintiff; *Montgomery & Crowell* for defendant.  Affirmed.

WILKESBORO AND JEFFERSON TURNPIKE Co. *v.* E. M. ABSHER, appellant.  From Wilkes.  *Finley & Hendren* for plaintiff; *Cranor & Cranor* for defendant.  Affirmed.

G. W. HARPER *v.* T. N. LOCKE, appellant.  From Caldwell.  *Jones & Whisnant* for plaintiff; *Lawrence Wakefield* and *Mark Squires* for defendant.  Affirmed.

STATE *v.* W. H. HESTER, appellant.  From Rutherford. *Attorney-General* and *Hayden Clement* for State; *D. F. Morrow* for defendant.  Affirmed.

L. J. FAIN *v.* A. J. GADDIS, appellant.  From Cherokee. *Busbee & Busbee, Axley & Axley* and *Ben Posey* for plaintiff; *Dillard & Bell* for defendant.  No error.

144—49